DANIEL MAY, Executor, etc., of CAROLINE MAY, Also Known as KAROLINE MAJ, Deceased, Respondent, v. UNION DIME SAVINGS BANK, Appellant.— Motion to

resettle order dated March 25, 1935, denied.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.